GINA VANASE ET AL. *v.* JAMES R. SMITH, CLAIMS
COMMISSIONER

The defendant's petition for certification for appeal
from the Appellate Court (AC 21009) is denied.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Thomas P. Clifford III,* assistant attorney general, in
support of the petition.

*Scott D. Camassar* and *Robert I. Reardon, Jr.,* in
opposition.

Decided January 16, 2001

STATE OF CONNECTICUT *v.* ORINDEL KIDD

The defendant's petition for certification for appeal
from the Appellate Court, 59 Conn. App. 598 (AC 18593),
is denied.

ZARELLA, J., did not participate in the consideration
or decision of this petition.

*Frank P. Cannatelli,* in support of the petition.

Decided January 25, 2001

AMR A. WASFI *v.* DEPARTMENT OF
PUBLIC HEALTH ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 60 Conn. App. 775 (AC 19418),
is denied.

*William F. Gallagher,* in support of the petition.